UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY L. LONG,<br><br>        Plaintiff,<br><br>v.<br><br>MARIN COUNTY SHERIFF JOHN DOES 1-4,<br><br>        Defendant. | Case No.  22-cv-06106-TLT<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

On February 23, 2023, Plaintiff's spouse, Amber Watts, filed a letter and Certificate of Death, notifying the Court that Plaintiff had passed away.  ECF No. 12.  Ms. Watts states that she wanted to "inform the [Court] of [Plaintiff's] Death to not waste [the Court's] time on a case that will not come to be…." *Id.*  Accordingly, the Court hereby dismisses this case without prejudice.

Federal Rule of Civil Procedure 25(a) provides, in pertinent part, that "[i]f a party dies and the claim is not extinguished," a "motion for substitution may be made by any party or by the decedent's successor or representative.  If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed."  Fed. R. Civ. P. 25(a)(1).  If Ms. Watts or "any party or…decedent's successor or representative" believes "the claim is not extinguished," they may file a motion for substitution within 90 days of this order and request that the Court reopen this matter.

**IT IS SO ORDERED.**

Dated: February 24, 2023

TRINA L. THOMPSON
United States District Judge